

| | | | |
|---|---|---|---|
| In the Int. of: A.S. . . . . . . . . . . . . . . . . . . | 1646 MDA 2016<br>Affirmed | 02/10/2017 | CP–67–DP–0000157–<br>2010<br>(York) |
| In the Int. of: A.S. . . . . . · . . . . . . . . . . . . . | 1652 MDA 2016<br>Affirmed | 02/10/2017 | CP–67–DP–0000157–<br>2010<br>(York) |
| Com. v. Stallsmith . . . . . . . . . . . . . . . . . . | 828 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/10/2017 | CP–25–CR–0000161–<br>2016<br>(Erie) |
| Com. v. Hunter . . . . . . . . . . . . . . . . . . . . . | 858 WDA 2016<br>Affirmed | 02/10/2017 | CP–25–CR–0002215–<br>2014<br>(Erie) |
| Com. v. Ludy . . . . . . . . . . . . . . . . . . . . . . . | 890 WDA 2016<br>Vacated and<br>Remanded | 02/10/2017 | CP–61–CR–0000133–<br>2015<br>(Venango) |
| Com. v. Huge . . . . . . . . . . . . . . . . . . . . . . . | 1033 WDA 2016<br>Affirmed | 02/10/2017 | CP–25–CR–0000557–<br>2000<br>(Erie) |
| In re A.L.J.; Appeal of C.J. . . . . . . . . . . . . | 1482 WDA 2016<br>Affirmed | 02/10/2017 | No. 218 of 2015<br>(Erie) |
| Com. v. Randall. . . . . . . . . . . . . . . . . . . . . | 3004 EDA 2014<br>Affirmed | 02/13/2017 | CP–51–CR–0002222–<br>2012<br>(Philadelphia) |
| Com. v. Jones . . . . . . . . . . . . . . . . . . . . . . . | 3291 EDA 2014<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/13/2017 | CP–51–CR–0015505–<br>2008<br>(Philadelphia) |
| Com. v. Gage . . . . . . . . . . . . . . . . . . . . . . . | 1219 EDA 2015<br>Affirmed | 02/13/2017 | Cp–23–CR–0004663–<br>2007<br>(Delaware) |
| Com. v. Smith . . . . . . . . . . . . . . . . . . . . , . . | 2927 EDA 2015<br>Affirmed | 02/13/2017 | CP–51–CR–1005861–<br>2000<br>(Philadelphia) |
| Com. v. Charles . . . . . . . . . . . . . . . . . . . . . | 3687 EDA 2015<br>Affirmed | 02/13/2017 | CP–51–CR–0014400–<br>2007<br>(Philadelphia) |
| Com. v. Smalls. . . . . . . . . . . . . . . . . . . . . . | 100 EDA 2016<br>Vacated and<br>Remanded | 02/13/2017 | CP–46–CR–0004820–<br>2014<br>(Montgomery) |
| Com. v. Deloatch. . . . . . . . . . . . . . . . . . . . | 119 EDA 2016<br>Affirmed | 02/13/2017 | CP–51–CR–0603841–<br>1990<br>(Philadelphia) |
| D' Angelo v. JP Morgan [9] . . . . . . . . . . . . . | 167 EDA 2016<br>Quashed | 02/13/2017 | No. 2006–06047<br>(Bucks) |

9. Petition for reargument denied April 19, 2017.